Daniel DiCicco OSB #073730 dan@diciccolegal.com
DICICCO LEGAL
205 SE Spokane St. Suite 300
Portland, OR 97202
(503)-967-3996

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC. et al,<br><br>             Defendant. | Case No. 3:18-cv-00283-SB<br><br>STIPULATED NOTICE OF DISMISSAL OF PARTIES<br><br>FRCP 41 |

1    Plaintiff, by and through counsel Daniel DiCicco, after having met and conferred

2  with the Defendants appearing in this matter and upon the joint agreement of all parties,

3  hereby dismisses all claims, with prejudice, against the following Defendants:

4    1.  Kidder Corp

5    2.  Coastal Advertising

6

7

By: ___/s/Daniel DiCicco___
Daniel DiCicco OSB #073730
DICICCO LEGAL
205 SE Spokane St Suite 300
Portland, OR 97202
T: (503) 967-3996
Counsel for Plaintiff

8    Signatures:

9

10    /s/ Robert T. Cruzen_____

11    Robert T. Cruzen, for Defendant Amazon.com, Inc.

12

13    /s/ Tony Weibell_____

14    Tony Weibell, for Defendant Teespring.com Inc.

15

16    ___/s/ David Madden _____

17    David Madden, for Defendant Sunfrog LLC

18

19    /s/ Leigh Gill_____

20    Leigh Gill for Defendants Kidder Corp and Coastal Advertising

21

22    ___/s/ Casey Nokes_____

23    Casey Nokes for Defendant Spreadshirt, Inc.

24

25

26

27

28           CERTIFICATE OF SERVICE

29           I hereby certify that on Feb 1, 2019, I caused a true and correct copy of the

30    foregoing STIPULATED NOTICE OF DISMISSAL to be served via CM/ECF to all

31    appearing defendants.

32

33

34           s/ Daniel DiCicco

35