UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TEESPRING, INC.,<br><br>    Defendant. | Case No. 3:19-cv-04607-RS  (KAW)<br><br>**ORDER DENYING DEFENDANT'S DISCOVERY LETTER**<br><br>Re: Dkt. No. 148 |

On October 16, 2020, Defendant Teespring, Inc. filed a unilateral discovery letter regarding Plaintiff Stay Frosty Enterprises, LLC's failure to respond to its interrogatories and requests for production of documents, and Plaintiff's untimely responses to Defendant's requests for admission. (Def.'s Letter, Dkt. No. 148. at 1.)  Specifically, Defendant seeks to compel responses to its interrogatories and requests for production, without objection, and to have the objections to the untimely requests for admission waived. *Id.*

The deadline to complete fact discovery in this case was September 30, 2020. (Dkt. No. 135 at 1.)  Despite the cut-off date, Defendant twice extended Plaintiff's deadline to respond to October 14, 2020. (Def.'s Letter at 1.)  Moreover, Defendant did so without obtaining an extension of the fact discovery cut-off from the district judge.  Pursuant to Civil Local Rule 37-3, "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off…."  Thus, the last date to file a joint letter pertaining to fact discovery was October 7, 2020. *See* Civil L.R. 37-3.

Accordingly, Defendant's request for relief is DENIED.  Defendant must seek relief from the fact discovery cut-off from the presiding judge.

IT IS SO ORDERED.

Dated: October 22, 2020

KANDIS A. WESTMORE
United States Magistrate Judge