UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAY FROSTY ENTERPRISES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEESPRING, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-04607-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 13, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 20, 2022, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  November 10, 2021

_____
Richard Seeborg
Chief United States District Judge