James Mills, SBN 203783
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone: (510) 521-8748
Facsimile:  (510) 277-1413
Email: james@jamesmillslaw.com

Attorneys for Plaintiff
STAY FROSTY ENTERPRISES, LLC

VICTOR H. JIH, SBN 186515
RYAN S. BENYAMIN, SBN 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Email: vjih@wsgr.com
        rbenyamin@wsgr.com

JAMIE Y. OTTO, SBN 295099
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: jotto@wsgr.com

Attorneys for Defendant
TEESPRING, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STAY FROSTY ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TEESPRING, INC., et al.,<br><br>        Defendants. | 3:19-cv-04607-RS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER<br><br>Judge:        Hon. Richard Seeborg |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

1    COMES NOW Plaintiff Stay Frosty, LLC, by and through its attorneys of record, and

2  Defendant Teespring, by and through its attorneys of record, notify the Court that the parties have

3  settled this matter. Therefore, and pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate and agree

4  that all claims asserted, or that could have been asserted, by the parties in the above-entitled action

5  may be and hereby are dismissed with prejudice, without costs or disbursements to any party, and

6  that a judgment of dismissal with prejudice may be entered in the above-captioned action pursuant

7  to this stipulation of dismissal with prejudice, with the Court retaining jurisdiction over

8  enforcement of the settlement. Each party to bear its own costs and attorney fees.

9    WHEREFORE the parties pray for an Order from the Court dismissing this case with

10  prejudice and retaining jurisdiction over enforcement of the settlement.

11

12  Dated:  December 6, 2021

WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation
By: /s/ Victor Jih
Victor Jih
Ryan S. Benyamin
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone:  (323) 210-2900
Email: vjih@wsgr.com
        rbenyamin@wsgr.com

Jamie Y. Otto
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: jotto@wsgr.com

Attorneys for Defendant Teespring, Inc.

LAW OFFICE OF JAMES MILLS
By: /s/ James Mills
James Mills
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Telephone;  (510) 521-8748
Email:  james@jamesmillslaw.com

Attorneys for Plaintiff Stay Frosty
Enterprises, LLC

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:  12/6/2021

4                                                                    RICHARD SEEBORG
                                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28